No. 291. COLEMAN *v.* KANSAS. Supreme Court of Kansas. Certiorari denied. *Elisha Scott* and *Thurman L. Dodson* for petitioner.

No. 294. S. C. JOHNSON & SON, INC. *v.* JOHNSON ET AL. C. A. 2d Cir. Certiorari denied. *William T. Woodson, Beverly W. Pattishall* and *Robert M. Hitchcock* for petitioner. *Edwin T. Bean* and *Conrad Christel* for respondents.

No. 295. HIMMELFARB *v.* UNITED STATES; and

No. 296. ORMONT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William Katz* for petitioner in No. 295. *William Jennings Bryan, Jr.* for petitioner in No. 296. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney, Ellis N. Slack, Joseph W. Bishop, Jr., Carlton Fox* and *Fred G. Folsom* for the United States.

No. 280. WILLAPOINT OYSTERS, INC. *v.* EWING, ADMINISTRATOR, ET AL. C. A. 9th Cir. Certiorari denied. *Albert E. Stephan* for petitioner. *Solicitor General Perlman; Assistant Attorney General Campbell, Robert S. Erdahl, John T. Grigsby* and *William W. Goodrich* for respondents. *Smith Troy,* Attorney General, and *Lyle L. Iversen,* Assistant Attorney General, filed a brief for the State of Washington, as *amicus curiae,* supporting the petition.

No. 284. LAPIDES *v.* CLARK, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. McGrath substituted as a party respondent for Clark. Certiorari denied. *Jack Wasserman, Irving Jaffe, William Maslow* and *Abram Orlow* for petitioner. *Solicitor General Perlman, Assistant Attor-*